Ronisco Cripp
150 Raley Town Centre 2512
Rohnert Park, CA 94928

RECEIVED
FEB 12 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

US DISTRICT COURT
450 Golden Gate Ave 16 Floor
San Francisco, CA 94102

USPS GROUND ADVANTAGE™
0 Lb 12.80 Oz
RDC 01
C004

SHIP TO:
450 GOLDEN GATE AVE
SAN FRANCISCO CA 94102-3661

USPS TRACKING® #
9500 1145 0827 4040 9835 10

Retail

UNITED STATES POSTAL SERVICE.

US POSTAGE PAID
Origin: 95401
02/09/24
$8.20