

# U.S. District Court

### California Northern - San Francisco

Receipt Date: Feb 12, 2024 1:54PM

Bizgistics LLC
150 Raleys Towne Ctr, Suite 2512
Rohnert Park, CA 94928

Rcpt. No: 311167821　　　　Trans. Date: Feb 12, 2024 1:54PM　　　　Cashier ID: #AK

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #1626 | 02/8/2024 | $405.00 |

　　　　　　　　　　　　　　　　　　　　Total Due Prior to Payment: $405.00
　　　　　　　　　　　　　　　　　　　　　　　　　Total Tendered: $405.00
　　　　　　　　　　　　　　　　　　　　　　　Total Cash Received: $0.00
　　　　　　　　　　　　　　　　　　　　　　　Cash Change Amount: $0.00

**Comments**: For new case 3:24-cv-00833 RFL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.