Courtney P. O'Connor, Bar No. 353818
courtneyoconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:    +1.949.851.3939
Facsimile:     +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, | Case No. 3:24-cv-00833-CRB |
| Plaintiff, | Honorable Charles R. Breyer |
| v. | |
| LEXISNEXIS SOLUTIONS, LEXISNEXIS RISK DATA MANAGEMENT INC., LEXISNEXIS RISK DATA MANAGEMENT LLC, LUNDQUIST CONSULTING, INC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC., TRANS UNION, LLC, EARLY WARNING SERVICES, LLC., DOES 1-10, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| Defendants. | |

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Ronald Cupp's ("Plaintiff") Complaint (the "Complaint") as follows:

## JURISDICTION AND VENUE

1.          In response to paragraph 1 of the Complaint, Experian admits that Plaintiff has alleged that jurisdiction is proper.  As to the remaining allegations in Paragraph 1,  Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient

to form a belief about the truth of those allegations, and therefore denies, generally and specifically, each and every allegation contained therein.

2.      In response to paragraph 2 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper in this district.  As to the remaining allegations in Paragraph 2, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief about the truth of those allegations, and therefore denies, generally and specifically, each and every allegation contained therein.

## **PARTIES**

3.      In response to paragraph 3 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.      In response to paragraph 4 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to paragraph 6 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.      In response to paragraph 7 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to paragraph 8 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business in Costa Mesa, California.  Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation of Paragraph 8 of the Complaint.

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

9.      In response to paragraph 9 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.     In response to paragraph 10 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to paragraph 12 of the Complaint, as to the allegations in Paragraph 12 that relate to Experian, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).  As to the allegations in Paragraph 12 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.     In response to paragraph 13 of the Complaint, Experian admits that it issues consumer reports as defined by 15 U.S.C. § 1681(d).  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 13 of the Complaint.

14.     In response to paragraph 14 of the Complaint, Experian admits that it issues consumer reports as defined by 15 U.S.C. § 1681(d).  Except as specifically admitted, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 14 of the Complaint.

15.     In response to paragraph 15 of the Complaint, Experian admits that it is a consumer reporting agency and, as such, issues "consumer credit reports" as defined by Cal. Civ. Code § 1785.3(c).  Except as specifically admitted, Experian is without knowledge or information

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## FACTUAL ALLEGATIONS

16.     In response to paragraph 16 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).  Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 of the Complaint, and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.     In response to paragraph 18 of the Complaint, as to the allegations in Paragraph 12 that relate to Experian, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).  As to the allegations in Paragraph 18 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to paragraph 19 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20.     In response to paragraph 20 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to paragraph 23 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to paragraph 24 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to paragraph 25 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to paragraph 26 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to paragraph 27 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## ACCURACY REQUIREMENTS FOR REPORTING AND OTHER REQUIREMENTS FOR FURNISHERS AND CREDIT REPORTING AGENCIES

32.     In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 32 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian states that the FCRA and Gramm-Leach-Bliley Act speak for themselves, and Experian denies Paragraph 33 to the extent it is inconsistent with the FCRA or Gramm-Leach-Bliley Act.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 33 of the Complaint.

34.     In response to paragraph 34 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian.  As to the allegations in Paragraph 35 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to paragraph 36 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a

response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to paragraph 37 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to paragraph 38 of the Complaint, Experian states that the FCRA and CCRAA speak for themselves, and Experian denies Paragraph 38 to the extent it is inconsistent with the FCRA or CCRAA.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 38 of the Complaint.

39.     In response to paragraph 39 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.     In response to paragraph 40 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the

1    truth of the allegations contained in Paragraph 41 of the Complaint and, on that basis, denies,

2    generally and specifically, each and every allegation contained therein.

3          42.      In response to paragraph 42 of the Complaint, Experian states that the allegations

4    contained therein are legal conclusions not subject to admission or denial.  To the extent a

5    response is required, Experian lacks knowledge or information sufficient to form a belief as to the

6    truth of the allegations contained in Paragraph 42 of the Complaint and, on that basis, denies,

7    generally and specifically, each and every allegation contained therein.

8                          **MAY NOT REPORT UNVERIFIABLE INFORMATION**

9          43.      In response to paragraph 43 of the Complaint, Experian states that the allegations

10   contained therein are legal conclusions not subject to admission or denial.  To the extent a

11   response is required, Experian lacks knowledge or information sufficient to form a belief as to the

12   truth of the allegations contained in Paragraph 43 of the Complaint and, on that basis, denies,

13   generally and specifically, each and every allegation contained therein.

14         44.      In response to paragraph 44 of the Complaint, Experian lacks knowledge or

15   information sufficient to form a belief as to the truth of those allegations and, on that basis,

16   denies, generally and specifically, each and every allegation contained therein.

17         45.      In response to paragraph 45 of the Complaint, Experian lacks knowledge or

18   information sufficient to form a belief as to the truth of those allegations and, on that basis,

19   denies, generally and specifically, each and every allegation contained therein.

20         46.      In response to paragraph 46 of the Complaint, Experian lacks knowledge or

21   information sufficient to form a belief as to the truth of those allegations and, on that basis,

22   denies, generally and specifically, each and every allegation contained therein.

23         47.      In response to paragraph 47 of the Complaint, Experian states that the allegations

24   contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that

25   the FCRA speaks for itself, and Experian denies Paragraph 47 to the extent it is inconsistent with

26   the FCRA.  To the extent a further response is necessary, Experian is without knowledge or

27   information sufficient to form a belief as to the truth of the allegations and, on that basis, denies,

28   generally and specifically, each and every remaining allegation of Paragraph 47 of the Complaint.

48.     In response to paragraph 48 of the Complaint, Experian states that the allegations contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that the FCRA speaks for itself, and Experian denies Paragraph 48 to the extent it is inconsistent with the FCRA.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 48 of the Complaint.

49.     In response to paragraph 49 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian states that the allegations contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that the FCRA speaks for itself, and Experian denies Paragraph 50 to the extent it is inconsistent with the FCRA.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 50 of the Complaint.

**FURNISHERS CANNOT MEET THEIR PRELIMINARY ACCURACY STANDARDS WHEN REPORTING BANKRUPTCIES FROM THEIR SOURCES**

51.     In response to paragraph 51 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.     In response to paragraph 52 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53.     In response to paragraph 53 of the Complaint, Experian states that the 1974 Privacy Act speaks for itself, and Experian denies Paragraph 53 to the extent it is inconsistent with the 1974 Privacy Act.  To the extent a further response is necessary, Experian is without

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 53 of the Complaint.

54. In response to paragraph 54 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55. In response to paragraph 55 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56. In response to paragraph 56 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57. In response to paragraph 57 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58. In response to paragraph 58 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial. To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

1

2

## THE CALIFORNIA VERSION OF THE FCRA-CONSUMER CREDIT REPORTING AGENCIES ACT (CCRAA)

3      59.      In response to paragraph 59 of the Complaint, Experian states that the CCRAA

4   speaks for itself, and Experian denies Paragraph 59 to the extent it is inconsistent with the

5   CCRAA.  To the extent a further response is necessary, Experian is without knowledge or

6   information sufficient to form a belief as to the truth of the allegations and, on that basis, denies,

7   generally and specifically, each and every remaining allegation of Paragraph 59 of the Complaint.

8      60.      In response to paragraph 60 of the Complaint, Experian states that the allegations

9   contained therein are legal conclusions not subject to admission or denial.  To the extent a

10  response is required, Experian lacks knowledge or information sufficient to form a belief as to the

11  truth of the allegations contained in Paragraph 60 of the Complaint and, on that basis, denies,

12  generally and specifically, each and every allegation contained therein.

13     61.      In response to paragraph 61 of the Complaint, Experian states that the allegations

14  contained therein are legal conclusions not subject to admission or denial.  To the extent a

15  response is required, Experian lacks knowledge or information sufficient to form a belief as to the

16  truth of the allegations contained in Paragraph 61 of the Complaint and, on that basis, denies,

17  generally and specifically, each and every allegation contained therein.

18     62.      In response to paragraph 62 of the Complaint, Experian states that the allegations

19  contained therein are legal conclusions not subject to admission or denial.  To the extent a

20  response is required, Experian lacks knowledge or information sufficient to form a belief as to the

21  truth of the allegations contained in Paragraph 62 of the Complaint and, on that basis, denies,

22  generally and specifically, each and every allegation contained therein.

23     63.      In response to paragraph 63 of the Complaint, Experian states that the allegations

24  contained therein are legal conclusions not subject to admission or denial.  To the extent a

25  response is required, Experian lacks knowledge or information sufficient to form a belief as to the

26  truth of the allegations contained in Paragraph 63 of the Complaint and, on that basis, denies,

27  generally and specifically, each and every allegation contained therein.

28

64.     In response to paragraph 64 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.     In response to paragraph 65 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

67.     In response to paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 67 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 67 of the Complaint.

**<u>OBLIGATIONS WITH RESPECT TO DISCLOSURES OF PERSONAL INFORMATION AND NOTICE TO CONSUMER REQUIREMENTS</u>**

68.     In response to paragraph 68 of the Complaint, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).  As to the remaining allegations in paragraph 68 of the Complaint, Experian states that the allegations contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that the FCRA speaks for itself, and Experian denies Paragraph 68 to the extent it is inconsistent with the FCRA.  To the extent a

further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 68 of the Complaint.

69.     In response to paragraph 69 of the Complaint, Experian states that the FCRA speaks for itself, and Experian denies Paragraph 69 to the extent it is inconsistent with the FCRA. To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 69 of the Complaint.

70.     In response to paragraph 70 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

71.     In response to paragraph 71 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## ARTICLE III STANDING

72.     In response to paragraph 72 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.     In response to paragraph 73 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.     In response to paragraph 74 of the Complaint, Experian states that the allegations contained therein are legal conclusions not subject to admission or denial.  To the extent a response is required, Experian lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint and, on that basis, denies, generally and specifically, each and every allegation contained therein.

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

75.     In response to paragraph 75 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT I

## VIOLATION OF FAIR CREDIT REPORTING ACT (FDCPA), 15 U.S.C. §168lb and §1681e(a); AND NEGLIGENT OR WILLFUL NONCOMPLIANCE.

76.     In response to paragraph 76 of the Complaint, Experian restates and incorporates its responses to the allegations contained in Paragraphs 1 through 75 as though fully set forth herein.

77.     In response to paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 77 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 77 of the Complaint.

78.     In response to paragraph 78 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT II

## VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681s-2(b)

79.     In response to paragraph 79 of the Complaint, Experian restates and incorporates its responses to the allegations contained in Paragraphs 1 through 78 as though fully set forth herein.

80.     In response to paragraph 80 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).  Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 80 of the Complaint, and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

81.     In response to paragraph 81 of the Complaint, as to the allegations in Paragraph 81 that relate to Experian, Experian admits that it is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).  As to the allegations in Paragraph 81 that relate to other defendants, Experian lacks knowledge or information sufficient to form a belief about the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

82.     In response to paragraph 82 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

83.     In response to paragraph 83 of the Complaint, Experian states that the FCRA speaks for itself, and Experian denies Paragraph 83 to the extent it is inconsistent with the FCRA. To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 83 of the Complaint.

84.     In response to paragraph 84 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

85.     In response to paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 85 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies generally and specifically, each and every remaining allegation of paragraph 85 of the Complaint.

86.     In response to paragraph 86 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 86 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations

and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 86 of the Complaint.

87.     In response to paragraph 87 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 87 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 87 of the Complaint.

88.     In response to paragraph 88 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

89.     In response to paragraph 89 of the Complaint, Experian states that the allegations contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that the FCRA speaks for itself, and Experian denies Paragraph 89 to the extent it is inconsistent with the FCRA.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 89 of the Complaint.

90.     In response to paragraph 90 of the Complaint, Experian states that the allegations contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that the FCRA speaks for itself, and Experian denies Paragraph 90 to the extent it is inconsistent with the FCRA.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 90 of the Complaint.

91.     In response to paragraph 91 of the Complaint, Experian states that the allegations contained therein appear to set forth or characterize a portion of the FCRA.  Experian states that the FCRA speaks for itself, and Experian denies Paragraph 91 to the extent it is inconsistent with the FCRA.  To the extent a further response is necessary, Experian is without knowledge or

information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 91 of the Complaint.

92.     In response to paragraph 92 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93.     In response to paragraph 93 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 93 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 93 of the Complaint.

94.     In response to paragraph 94 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 94 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 94 of the Complaint.

95.     In response to paragraph 95 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 95 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 95 of the Complaint.

96.     In response to paragraph 96 of the Complaint, Experian lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation contained therein.

97.     In response to paragraph 97 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

allegations in paragraph 97 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 97 of the Complaint.

98.    In response to paragraph 98 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 98 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 98 of the Complaint.

99.    In response to paragraph 99 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 99 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 99 of the Complaint.

## COUNT III

### VIOLATION OF CALIFORNIA CIVIL CODE §1785 *it seq* (CCRAA), BY DEFENDANTS'

100.    In response to paragraph 100 of the Complaint, Experian restates and incorporates its responses to the allegations contained in Paragraphs 1 through 99 as though fully set forth herein.

101.    In response to paragraph 101 of the Complaint, Experian admits, upon information and belief, that Plaintiff is a consumer and a natural person per Civil Code §1785.3. Except as specifically admitted, Experian lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 101 of the Complaint, and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

102.     In response to paragraph 102 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 102 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 102 of the Complaint.

103.     In response to paragraph 103 of the Complaint, Experian states that the CCRAA speaks for itself, and Experian denies Paragraph 103 to the extent it is inconsistent with the CCRAA.  To the extent a further response is necessary, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of Paragraph 103 of the Complaint.

104.     In response to paragraph 104 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

105.     In response to paragraph 105 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

106.     In response to paragraph 106 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 106 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 106 of the Complaint.

**COUNT V**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**BY ALL DEFENDANTS.**

107. In response to paragraph 107 of the Complaint, Experian restates and incorporates its responses to the allegations contained in Paragraphs 1 through 106 as though fully set forth herein.

108. In response to paragraph 108 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109. In response to paragraph 109 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 109 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 109 of the Complaint.

110. In response to paragraph 110 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

111. In response to paragraph 111 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein that relates to Experian. As to the allegations in paragraph 111 of the Complaint that relate to the other defendants, Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every remaining allegation of paragraph 111 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any damages against Experian as set forth in his prayer for relief.

## RESPONSE TO DEMAND FOR JURY TRIAL

In response to the Complaint, Experian admits that Plaintiff has demanded a trial by jury on all issues triable.

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

1

## **AFFIRMATIVE DEFENSES**

2    In further response to Plaintiff's Complaint, Experian hereby asserts the following

3 affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

4

## **FIRST AFFIRMATIVE DEFENSE**

5

## **(ARBITRATION)**

6    Experian alleges on information and belief that Plaintiff's claims may be the subject of an

7 arbitration agreement between Plaintiff and Experian.

8

## **SECOND AFFIRMATIVE DEFENSE**

9

## **(INDEMNIFICATION)**

10    Experian is informed and believes and thereon alleges that any purported damages

11 allegedly suffered by Plaintiff were the result of the acts or omissions of third persons over whom

12 Experian had neither control nor responsibility.

13

## **THIRD AFFIRMATIVE DEFENSE**

14

## **(FAILURE TO MITIGATE DAMAGES)**

15    Plaintiff has failed to mitigate his damages.

16

## **FOURTH AFFIRMATIVE DEFENSE**

17

## **(LACHES)**

18    The claim for relief set forth in the Complaint is barred by the doctrine of laches.

19

## **FIFTH AFFIRMATIVE DEFENSE**

20

## **(CONTRIBUTORY/COMPARATIVE FAULT)**

21    Experian is informed and believes and thereon alleges that any alleged damages sustained

22 by Plaintiff were, at least in part, caused by the actions of Plaintiff himself, and resulted from

23 Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by

24 Experian.

25

26

27

28

1

**SIXTH AFFIRMATIVE DEFENSE**

2

**(ESTOPPEL)**

3        Any damages which Plaintiff may have suffered, which Experian continues to deny, were

4    the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and

5    barred from recovery of any damages.

6

**SEVENTH AFFIRMATIVE DEFENSE**

7

**(STATUTE OF LIMITATIONS)**

8        Experian is informed and believes and thereon alleges that the claim for relief in the

9    Complaint herein is barred by the applicable statutes of limitation, including but not limited to

10    15 U.S.C. § 1681p.

11

**EIGHTH AFFIRMATIVE DEFENSE**

12

**(UNCLEAN HANDS)**

13        The Complaint, and each claim for relief therein that seeks equitable relief, is barred by

14    the doctrine of unclean hands.

15

**NINTH AFFIRMATIVE DEFENSE**

16

**(INDEPENDENT INTERVENING CAUSE)**

17        Experian alleges upon information and belief that if Plaintiff sustained any of the injuries

18    alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to

19    such alleged injuries and, as such, any action on the part of Experian was not a proximate cause

20    of the alleged injuries.

21

**TENTH AFFIRMATIVE DEFENSE**

22

**(MOOTNESS)**

23        Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought

24    is moot.

25

**ELEVENTH AFFIRMATIVE DEFENSE**

26

**(WAIVER)**

27        Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

28

1

## **RESERVATION OF RIGHTS**

2

      Experian reserves the right to assert additional affirmative defenses at such time and to

3

such extent as warranted by discovery and the factual developments in this case.

4

## **PRAYER FOR RELIEF**

5

      WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

6

     (1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be

7

dismissed in its entirety;

8

     (2)     For costs of suit and attorneys' fees herein incurred; and

9

     (3)     For such other and further relief as the Court may deem just and proper.

10

11

Dated:  March 22, 2024             JONES DAY

12

13

                           By: */s/ Courtney P. O'Connor*

14

                             Courtney P. O'Connor

15

                        Attorneys for Defendant
EXPERIAN INFORMATION

16

                        SOLUTIONS, INC.

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S ANSWER
TO COMPLAINT
Case No. 3:24-cv-00833-CRB

1

## CERTIFICATE OF SERVICE

2          I, Courtney P. O'Connor, declare:

3          I am a citizen of the United States and employed in Orange County, California.  I am over

4    the age of eighteen years and not a party to the within-entitled action.  My business address is

5    3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On March 22, 2024, I served a

6    copy of **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO**

7    **PLAINTIFF'S COMPLAINT** by electronic transmission.

8          I am familiar with the United States District Court for the Northern District of California's

9    practice for collecting and processing electronic filings.  Under that practice, documents are

10   electronically filed with the court.  The court's CM/ECF system will generate a Notice of

11   Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the

12   case.  The NEF will constitute service of the document.  Registration as a CM/ECF user

13   constitutes consent to electronic service through the court's transmission facilities.  Under said

14   practice, the following CM/ECF users were served:

15
16   - **Ronald Cupp**
         ronc2009@gmail.com

17   - **Susan N. Nikdel**
18       susan.nikdel@troutman.com, Derek.Schwahn@troutman.com, kelly-
         ann.cowan@troutman.com, Christine.Emello@troutman.com,
19       carla.hill@troutman.com

20   Executed on March 22, 2024, at Irvine, California.

21

22                                             */s/ Courtney P. O'Connor*
23                                             Courtney P. O'Connor

24

25

26

27

28